FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARIAH M. CROWLEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRANK P. CROWLEY, et al.,<br><br>                    Defendants. | No.   2:17-CV-0027-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's February 23, 2017 Report and Recommendation, **ECF No. 4,** recommending that the Court close the case. The deadline for filing objections was March 9, 2017.  No objections have been filed.

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Report and Recommendation, **ECF No. 4**, is **ADOPTED** in its entirety.

1      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

2  provide copies to all parties and Magistrate Judge Rodgers.  Also, the Clerk's Office

3  is directed to **CLOSE** this file,

4      **DATED** this 22nd day of March 2017.

5

6  _____
    SALVADOR MENDOZA, JR.

7      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER **-** 2